**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

MARTY ROSS,                                    :
                                               :
            Petitioner,                        :          Civ. No. 17-3135 (PGS)
                                               :
      v.                                       :
                                               :
STEVEN JOHNSON, et al.,                        :          **MEMORANDUM & ORDER**
                                               :
            Respondents.                       :
_____:

     Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently pending before this Court is Petitioner's motion to amend his habeas petition. (*See* ECF 34). Petitioner has attached a proposed amended habeas petition to his motion to amend. (*See* ECF 34 at 3-16). In his proposed amended habeas petition, Petitioner acknowledges the required *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000) notice. (*See id.* at 34). Respondents take no position on Petitioner's motion to amend (*see* ECF 35). The proposed amended habeas petition predominately rehashes some of the claims raised in the initial habeas petition, but also deletes others.

     Accordingly, IT IS this 19th day of January, 2021,

     ORDERED that Petitioner's motion to amend his habeas petition (ECF 34) is granted; and it is further

     ORDERED the Clerk shall enter the amended habeas petition (ECF 34 at 3-16) under a new docket entry; and it is further

     ORDERED Respondents shall have forty-five (45) days from the date of this order in which to file a response to the amended habeas petition; and it is further

ORDERED Petitioner shall have thirty (30) days from the date the response to the amended habeas petition is filed by Respondents to file a reply brief; and it is further

ORDERED the Clerk shall serve this order on Petitioner by regular U.S. mail.


s/*Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.