# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARTY ROSS, | : | |
| Petitioner, | : | Civ. No. 17-3135 (PGS) |
| v. | : | |
| STEVEN JOHNSON, et al., | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner, Marty Ross ("Petitioner" or "Ross"), is a state prisoner proceeding *pro se* with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (*See* ECF 38). On January 27, 2021, Respondents filed a response in opposition to Petitioner's amended habeas petition. (*See* ECF 39). Thereafter, Petitioner has argued that Respondents' response to his amended petition is inaccurate because it responds to his original habeas petition rather than his amended habeas petition. (*See* ECF 41 & 42). Thus, he requests that Respondents should file an amended response.

Petitioner's requests that Respondents file an amended response to his amended habeas petition will be denied. A review of Respondents' response to the amended habeas petition appears to indicate that they responded to the five claims raised in Petitioner's amended habeas petition. Furthermore, to the extent that Petitioner is dissatisfied with any portion of Respondents' response to his amended habeas petition, he can make those points known to this Court in any reply brief he may elect to file.

Accordingly, IT IS this 4TH day of April, 2022,

ORDERED that Petitioner's requests to have Respondents file an amended response to his amended habeas petition (ECF 41 & 42) are denied; and it is further

ORDERED that Petitioner shall have thirty (30) days from the date of this memorandum and order to file a reply brief to Respondents' response to his amended habeas petition should he elect to do so; in any reply brief Petitioner may elect to file, he is free to assert any arguments regarding his dissatisfaction with Respondents' response to his amended habeas petition; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/<i>Peter G. Sheridan</i><br>PETER G. SHERIDAN, U.S.D.J.